

# NUMBER 13-16-00411-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE HECTOR L. RODRIGUEZ

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Per Curiam Order

Relator, Hector L. Rodriguez, filed a petition for writ of mandamus and motion for emergency temporary relief in the above cause on July 18, 2016. Through this original proceeding, relator contends, inter alia, that the trial court abused its discretion by striking relator's counter-petition and original petition and denying his motion for a mistrial, and further abused its discretion by denying relator a jury trial on reasonable attorney's fees. Through his motion for emergency temporary relief, relator seeks to stay the trial of this matter pending resolution of this original proceeding. The real party in interest, Tamara

L. Rodriguez, has filed a response in opposition to the motion for emergency temporary relief.

The Court, having examined and fully considered the motion for emergency temporary relief and the response, is of the opinion that the motion should be granted. The motion for emergency temporary relief is GRANTED and the trial of this matter, set to resume on July 25, 2016, is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Tamara Rodriguez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of July, 2016.